IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN HAILE**                                                                                 **PLAINTIFF**

Case No. 4:23-CV-005 KGB

**ASA HUTCHINSON, in his official**
**Capacity as Governor of Arkansas**                                **DEFENDANT**

## ANSWER TO THE COMPLAINT

Comes now Asa Hutchinson, in his official capacity, by and through his attorneys, Attorney General Tim Griffin and Senior Assistant Attorney General Christine A. Cryer, and for his Answer to the Complaint (DE 1), states as follows:

1. Defendant Hutchinson denies each and every material factual allegation of the Complaint, except to the extent specifically admitted herein.

2. Defendant Hutchinson denies Plaintiff's allegation in Paragraph No. 1 in which Plaintiff alleges he was excluded as a candidate for an appointment by statute based upon his race. Defendant Hutchinson is without sufficient information at this time to either admit or deny the allegations contained in the remainder of Paragraph No. 1 and therefore denies same.

3. Defendant Hutchinson admits the Arkansas Social Work Licensing Board oversees statewide regulation of licensed social workers, as alleged in Paragraph No. 2 of the Complaint. In addition, Defendant Hutchinson admits the Governor appoints Board members, with the consent of the senate. Defendant Hutchinson further admits the term for the individual occupying the "Representative

of the Elderly" Board seat expired on June 30, 2022. Defendant Hutchinson is currently without sufficient information to either admit or deny Plaintiff's allegation that he applied for the "Representative of the Elderly" Board seat therefore he denies same. Defendant Hutchinson denies Plaintiff's allegation that Plaintiff will not be considered for the appointment because he is not African American.

4. Ark. Code § 17-103-201(c) speaks for itself and does not require an addition or denial however, to the extent a response is required, Defendant Hutchinson denies same. Defendant Hutchinson denies the remainder of the allegations contained in Paragraph No. 3 of the Complaint.

5. Defendant Hutchinson denies the allegations contained in Paragraph Nos. 4 and 5 of the Complaint.

6. Defendant Hutchinson admits the allegations contained in Paragraph No. 6 of the Complaint.

7. Defendant Hutchinson is without sufficient information at this time to admit or deny the allegations contained in Paragraph No. 7 of the Complaint, and there denies same

8. Defendant Hutchinson is without sufficient information to admit or deny information regarding the Plaintiff's personal demographics, and therefore denies same. Defendant Hutchinson denies the last sentence in Paragraph No. 8 of the Complaint.

9. Defendant Hutchinson admits he is the former Governor of the State of Arkansas, and that this lawsuit is against the Governor in an official capacity.

Defendant Hutchinson further admits the Governor has the authority to appoint individuals to the Social Work Licensing Board and that appointments of this nature are to be approved by the Senate. Defendant Hutchinson denies the remainder of the allegations contained in Paragraph No. 9 of the Complaint.

10. Defendant Hutchinson admits Plaintiff has correctly cited from the Social Work Licensing Board website, and Arkansas Code, in Paragraph Nos. 10, 11, 12, and 13 of the Complaint.

11. Defendant Hutchinson admits Plaintiff has correctly quoted a portion of Ark. Code Ann. § 17-103-201(c); however, Defendant Hutchinson denies the remainder of the allegations contained in Paragraph No. 14.

12. Defendant Hutchinson admits the allegations contained in Paragraph 15 of the Complaint.

13. Defendant Hutchinson admits there remain three positions for which appointments have not been made since the former appointment terms expired on June 30, 2022. Defendant Hutchinson denies the remainder of the allegations, as stated, in Paragraph No. 16.

14. Defendant Hutchinson admits the allegations contained in Paragraph Nos. 17 and 18 of the Complaint.

15. Defendant Hutchinson is without sufficient information to admit or deny the allegations contained in Paragraph Nos. 19 and 20 of the Complaint.

16. Defendant Hutchinson denies the last sentence in Paragraph No. 21 of the Complaint. Defendant Hutchinson is without sufficient information to admit or

deny the allegations contained in the remainder of Paragraph No. 21, and therefore denies same.

17.  Paragraph No. 22 of the Complaint does not require an admission or a denial; however, to the extent one may be required, Defendant Hutchinson denies same.

18.  Defendant Hutchinson admits the quotation in Paragraph No. 23 is correct.

19.  Defendant Hutchinson denies the allegations contained in Paragraph Nos. 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33, as stated.

20.  Defendant Hutchinson denies Plaintiff is entitled to the relief sought in his "Request for Relief" on page 7 of the Complaint.

## Affirmative Defenses

Pleading further and in the affirmative, Defendant Hutchinson states:

21.  The Complaint fails to state a claim upon which relief can be granted as against Defendant Hutchinson.

22.  The Complaint fails to state facts upon which damages or any other relief may be awarded.

23.  The Court lacks subject matter jurisdiction over this action.

24.  The Plaintiffs' claims may be barred by the doctrine of laches (or equitable estoppel).

25. Plaintiffs' request for injunctive relief from Defendant Hutchinson is now moot as Defendant Hutchinson is no longer the Governor of the State of Arkansas and can no longer provide Plaintiff the relief he is seeking.

26. Plaintiff is not entitled to the relief requested.

27. Plaintiff's claims against Defendant Hutchinson in his "official capacity" is barred by the doctrines of sovereign immunity.

28. Plaintiff's' claims may be barred by the doctrine of clean hands and estoppel.

29. Defendant Hutchinson reserves the right to amend or supplement this pleading as defenses become apparent or available during the course of litigation.

**WHEREFORE**, Defendant Hutchinson respectfully requests that the Plaintiff's Complaint be dismissed, and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

TIM GRIFFIN,
Attorney General

By: /s/ Christine A. Cryer
Arkansas Bar No. 2001082
Sr. Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682-2029
Facsimile: (501) 682-2591
Christine.cryer@arkansasag.gov
*Attorneys for Defendant Hutchinson*