IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN HAILE**                                                                                                                        **PLAINTIFF**

v.                              Case No. 4:23-cv-00005-KGB

**SARAH HUCKABEE SANDERS, in her**
**official capacity as Governor of Arkansas**                                                                 **DEFENDANT**

## ORDER

Before the Court is the style of this case. Plaintiff Stephen Haile filed his complaint when Governor Asa Hutchinson was in office. Governor Sarah Huckabee Sanders succeeded Governor Hutchinson while this case has been pending. The Court directs the Clerk of Court to substitute Governor Sanders as the named defendant in this action. *See* Fed. R. Civ. P. 25(d).

It is so ordered this 3rd day of February, 2023.

_____
Kristine G. Baker
United States District Judge