IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHEN HAILE and
ROBERT MARTINEAU                                                                                  PLAINTIFFS

v.                                        Case No. 4:23-cv-00005-KGB

SARAH HUCKABEE SANDERS, in her
official capacity as Governor of Arkansas                                                         DEFENDANT

## ORDER

Before the Court is a motion to hold any rulings in abeyance filed by defendant Sarah Huckabee Sanders, in her official capacity as Governor of Arkansas ("Governor Sanders") (Dkt. No. 26). Plaintiffs Stephen Haile and Robert Martineau oppose the motion (Dkt. No. 27). For the following reasons, the Court denies, in part, and takes under advisement, in part, Governor Sanders' motion (Dkt. No. 26).

In her motion, Governor Sanders states that, on February 14, 2023, Arkansas Senator Missy Irvin submitted Arkansas Senate Bill ("SB") 264 which seeks to amend Arkansas Code Annotated § 17-101-201(c)[1] and on February 22, 2023, submitted an amendment to SB 264, which amendment includes an emergency clause meaning that the amendment would become effective on:

> (1) the date of its approval by the Governor; (2) if the bill is neither approved nor vetoed by the Governor, the expiration of the period of time during which the Governor may veto the bill; or (3) if the bill is vetoed by the Governor and the veto is overridden, the date the last house overrides the veto.

---

[1] Based on the record before the Court, SB 264 seeks to amend Arkansas Code Annotated § 17-203-201(c) "to remove a racial requirement for membership on the Arkansas Social Work Licensing Board" (Dkt. No. 25-1). According to Governor Sanders, "[i]f SB 264 passes both the House and Senate, and becomes law, it will undoubtedly moot the Plaintiffs['] case." (Dkt. No. 26, ¶ 2).

(*Id.*, ¶ 3).  Governor Sanders represents that, given the language of SB 264 and the amendment proposed, she is "agreeable to not taking further action (i.e., not making any appointments to the Arkansas Social Work Licensing Board) pending the outcome of SB 264." (*Id.*, ¶ 5).  As a result, Governor Sanders asserts that a hearing on the pending motion for preliminary injunction "is not necessary." (*Id.*, ¶ 1).  Governor Sanders requests that, if the hearing proceeds as scheduled, any ruling on the motion for preliminary injunction be held in abeyance pending the legislature's consideration of SB 264 (*Id.*).

Plaintiffs filed a response in opposition to Governor Sanders' motion (Dkt. No. 27).  Plaintiffs characterize the motion as an "eleventh-hour request on a promise" and contend that the hearing date was agreed upon by the parties "weeks in advance" (*Id.*, at 1).  Further, plaintiffs take the position that, even if SB 264 passes the legislature, "it might be amended in ways that continue to violate [their] fundamental Fourteenth Amendment rights." (*Id.*, at 2).

Having considered the parties' filings and the posture of this case, the Court denies, in part, and takes under advisement, in part, Governor Sanders' motion (Dkt. No. 26).  The hearing on the pending motion for preliminary injunction set for Tuesday, February 28, 2023, will proceed as scheduled (Dkt. No. 14).  To the extent that Governor Sanders seeks to postpone or cancel that hearing, her motion is denied.  The Court takes under advisement Governor Sanders' request that this Court hold in abeyance any ruling on the preliminary injunction request pending the outcome of SB 264.

It is so ordered this 27th day of February, 2023.

_____
Kristine G. Baker
United States District Judge